
FILED

NOV 0 7 2019

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHAD BEIERLE, | CV 19–129–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| TACO TREAT OF GREAT FALLS, INC. d/b/a TACO TREAT, | |
| Defendant. | |

Pursuant to this Court's October 16, 2019 Order (Doc. 12), IT IS

ORDERED that Plaintiff Chad Beierle's Complaint (Doc. 1) is DISMISSED

WITH PREJUDICE. The Clerk is directed to enter a judgment of dismissal and

close the case file.

DATED this 7th day of November, 2019.

Donald W. Molloy, District Judge
United States District Court